UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SECURITIES AND EXCHANGE COMMISSION

Plaintiff,

v.

JOSEPH W. LEIGHTON

Defendant.

Civ. No. 05-2050 (JAP)

**ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS**

RECEIVED
FEB - 3 2009
AT 8:30
WILLIAM T. WALSH
CLERK

## [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the Court Registry account number 3:05-CV-002050, under the case name designation "Securities and Exchange Commission v. Joseph W. Leighton," for the amount of $100.35 payable to Damasco & Associates, for the payment of tax obligations, as provided in the Declaration. The check shall contain the following notation: Securities and Exchange Commission v. Joseph W. Leighton, Civ. No. 05-2050, Employer Identification Number 20-3007466, 2007 New Jersey Tax Payment.

2. The Clerk shall send the check by overnight mail to:

Damasco & Associates LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019
Phone: 415-217-4900

The Commission's counsel shall provide the Court Registry on request with the necessary overnight shipping information and the SEC's billing number.

Dated: Feb 3, '09

_____
UNITED STATES DISTRICT JUDGE

Case 2:05-cv-02050-JAM-CMK Document 40 Filed 02/03/09 Page 2 of 2